Report Date: June 20, 2016

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2016

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Armando Deleon | Case Number: 0980 2:15CR00101-001 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Othello, Washington 99344 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 16, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Interstate Travel in Air of a Racketeering Enterprise, 18 U.S.C. § 1952(a)(3) | | |
| Original Sentence: | Prison 90 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball | Date Supervision Commenced: | November 2, 2015 |
| Defense Attorney: | David Partovi | Date Supervision Expires: | November 1, 2018 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/16/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On June 19, 2016, a probable cause statement was issued by an officer with the Othello Police Department charging Armando Deleon with Violation of a No Contact Order after information was received that Mr. Deleon had contacted his former fiance' through Facebook Messenger. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/20/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Deleon, Armando**
**June 20, 2016**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

6/21/2016
_____
Date