PROB 12C
(6/16)

Report Date: March 20, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 20, 2017
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Armando Deleon Case Number: 0980 2:15CR00101-001

Address of Offender: Othello, Washington 99344

Name of Sentencing Judicial Officer: The Honorable Marcia J. Crone, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 16, 2011

Original Offense: Interstate Travel in Air of a Racketeering Enterprise, 18 U.S.C. § 1952(a)(3)

Original Sentence: Prison - 90 months; TSR - 36 months Type of Supervision: Supervised Release

Revocation Sentence: 07/07/2016 Prison - 6 months; TSR - 30 months

Asst. U.S. Attorney: Jared C. Kimball Date Supervision Commenced: December 13, 2016

Defense Attorney: David Partovi Date Supervision Expires: June 12, 2019

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 10, 2017, Armando Deleon, Jr. was arrested and charged with disorderly conduct, Othello District Court, docket no. CR0009850. Arraignment is scheduled for March 28, 2017. |
| 2 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 19, 2017, Armando Deleon, Jr. was arrested and charged with violation of a no contact order by the Adams County Sheriff's Office. The initial appearance is scheduled for March 20, 2017. |

3 **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 16, 2017, Armando Deleon, Jr. failed to report for urine drug testing as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/20/2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/20/2017

Date