PROB 12C
(6/16)

Report Date: August 17, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Armando Deleon Case Number: 0980 2:15CR00101-RMP-1

Address of Offender: Othello, Washington 99344

Name of Sentencing Judicial Officer: The Honorable Marcia A. Crone, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 16, 2011

| | | |
|---|---|---|
| Original Offense: | Interstate Travel in Air of a Racketeering Enterprise, 18 U.S.C. § 1952(a)(3) | |
| Original Sentence: | Prison 90 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 11/02/2015 | No imprisonment; TSR - 36 months | |
| Revocation Sentence: 07/07/2016 | Prison 6 months; TSR - 30 months | |
| Revocation Sentence: 04/14/2017 | Prison 30 days; TSR - 29 month | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 18, 2017 |
| Defense Attorney: | Daniel N. Rubin | Date Supervision Expires: January 17, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 24**: You must reside in a residential reentry center (RRC) for a period up to 120 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: On August 11, 2017, Armando Deleon, Jr. was removed from the Residential Reentry Center for deviating from his schedule. Mr. Deleon had been terminated from his employment on August 10, 2017, and had not informed facility staff. After he left |

        the facility on August 11, 2017, staff discovered that the offender had been terminated. Mr. Deleon was given until 5:30 p.m. to return to the RRC and was placed on abscond status when he did not return.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/17/2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/18/2017

Date