Report Date: September 7, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Armando Deleon Jr.   Case Number: 0980 2:15CR00101-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮   Othello, Washington 99344

Name of Sentencing Judicial Officer: The Honorable Marcia A. Crone, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 16, 2011

| | | |
|---|---|---|
| Original Offense: | Interstate Travel in Air of a Racketeering Enterprise, 18 U.S.C. § 1952(a)(3) | |
| Original Sentence: | Prison 90 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>11/02/2015 | No imprisonment;<br>TSR - 36 months | |
| Revocation Sentence:<br>07/07/2016 | Prison 6 months;<br>TSR - 30 months | |
| Revocation Sentence:<br>04/14/2017 | Prison 30 days;<br>TSR - 29 month | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 18, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 17, 2020 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/17/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On August 29, 2017, Armando Deleon, Jr. submitted to urine drug |

testing. It was presumptively positive for amphetamine, but Mr. Deleon denied, in writing, any illicit drug use. On September 7, 2017, a report was received from the laboratory confirming the sample was positive for the use of methamphetamine. Additionally, on September 7, 2017, Mr. Deleon admitted to the U.S. probation officer that he had used methamphetamine on three occasions, with the last use on September 5, 2017.

3     **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On September 6, 2017, Armando Deleon, Jr. submitted to urine drug testing. The sample tested presumptively positive for amphetamine, but he signed a written statement denying use. On September 7, 2017, Mr. Deleon admitted to the U.S. probation officer that he had used methamphetamine on three occasions, with the last use on September 5, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 7, 2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

9/7/2017

Date